**Order entered June 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01015-CR

**CALVIN ULESS KENNEDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76824-R**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the January 19, 2016 motion of Ronald L. Goranson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Ronald L. Goranson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Calvin Uless Kennedy, TDCJ No. 02021345, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

/s/    ADA BROWN
         JUSTICE